# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER NILES,<br><br>      Plaintiff,<br><br>v.<br><br>THORN HILL ASSOCIATES A, LP,<br><br>      Defendant. | Case No. 2:23-cv-00183-RJC |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Christopher Niles hereby voluntarily dismisses without prejudice his claims against Defendant Thorn Hill Associates A, LP.

Dated: October 6, 2023

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Attorney for Plaintiff*